UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R. a minor by and through her Guardian Ad Litem, Claudia Nava; and H.R. a minor by and through her Guardian Ad Litem, Nora Nava<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO; COUNTY OF FRESNO; and DOES 1-10, inclusive<br>Defendants | Case No.: 1:12-cv-00558-AWI-GSA<br><br>**ORDER GRANTING PETITION OF CLAUDIA NAVA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR I.R., MINOR**<br><br>[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. §373]<br><br>[Consent of Nominee to Appointment as Guardian Ad Litem for I.R. and (Proposed) Order filed concurrently herewith |

ORDER APPOINTING GUARDIAN AD LITEM

The Court, having considered the petition of CLAUDIA NAVA for appointment as Guardian ad Litem for I.R. minor, who is a plaintiff in the above entitled action, and good cause appearing, IT IS HEREBY ORDERED that CLAUDIA NAVA be appointed guardian ad litem for I.R.

IT IS SO ORDERED.

Dated: **July 6, 2012**          **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE