James D. Weakley, Esq.          Bar No. 082853
Brande L. Gustafson, Esq.       Bar No. 267130
WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:   (559) 221-5262
Email: jim@walaw-fresno.com
Email: brande@walaw-fresno.com

Attorneys for Defendants, COUNTY OF FRESNO, DEPUTY CHRISTIAN LIGHTNER, and DEPUTY MANUEL FLORES

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R., a minor, individually and as successor in interest to Raul Rosas and by and through her guardian ad litem, Claudia Nava; and H.R., a minor, individually and as successor in interest to Raul Rosas and by and through her Guardian Ad Litem, Nora Nava,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF FRESNO, a municipality; OFFICER MIGUEL ALVAREZ (#1351), an individual; OFFICER SAMMY ASHWORTH (#1011), an individual; OFFICER TROY MILLER (#1197), an individual; COUNTY OF FRESNO, a municipality; DEPUTY CHRISTIAN LIGHTNER (#6453), an individual; DEPUTY MANUEL FLORES (#4060), an individual; and DOES 6-10, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:12-CV-00558-AWI-GSA<br><br>**STIPULATION AND ORDER RE: MEET AND CONFER**<br><br><br><br><br><br><br><br><br><br>Complaint Filed: April 6, 2012<br>Trial Date: March 18, 2014 |

IT IS HEREBY STIPULATED between Plaintiffs H.R. and I.R. ("Plaintiffs") and Defendant County of Fresno ("Defendant County"), through their respective counsel, and ordered by this Court, that:

/ / /

/ / /

_____
Stipulation and Order Re: Meet & Confer

1)   Defendant County has priority in taking the depositions of Claudia Nava, Nora Nava, H.R. and I.R. before any law enforcement depositions are taken by Plaintiffs.

2)   On Tuesday, May 28, 2013, Plaintiffs shall produce Claudia Nava, Nora Nava, H.R and I.R. for a deposition at the law offices of Weakley & Arendt, LLP, 1630 E. Shaw Avenue, Suite 176, Fresno, CA 93710.

3)   Plaintiffs shall supplement and produce the following verified interrogatories on May 28, 2013 at the depositions of Claudia Nava and Nora Nava:

   a)   Interrogatory No. 3 (H.R. & I.R.);

   b)   Interrogatory No. 6 (I.R.);

   c)   Interrogatory No. 11 (Erroneously identified as No. 10 in Defendant County's Interrogatories to H.R.) & Interrogatory No. 10 (I.R.).  These interrogatories will be supplemented only if Plaintiffs locate documents responsive to this interrogatory.  They shall also produce the responsive documents in accordance with Request No. 1 at their depositions on May 28, 2013; and

   d)   Interrogatory No. 13 (Erroneously identified as No. 12 in Defendant County's Interrogatories to H.R.) & Interrogatory No. 12 (I.R.).

4)   Plaintiffs shall produce all documents responsive to the following requests on May 28, 2013 at their depositions, to the extent those documents have not already been produced:

   a)   Request No. 1 (H.R. & I.R.);

   b)   Request No. 5 (H.R. & I.R.);

   c)   Request No. 6 (H.R. & I.R.);

   d)   Request No. 10 (H.R. & I.R.); and

   e)   Request No. 11 (H.R.) & Request No. 12 (I.R.).

5)   If Plaintiffs do not produce any photographs pursuant to paragraph 4, subsections (d) and (e) at their May 28, 2013 depositions, they will be limited in motions and at trial to the eight photographs which were produced by Plaintiffs on April 11, 2013.  To the extent Eva Rosas and/or Raul Rosas, Sr. produce photographs of the decedent at their depositions on May 29, 2013, all parties may use those photographs subject to any evidentiary objections and/or motions in limine.

6) The medical records identified in Plaintiffs Rule 26 Initial Disclosures are limited to the medical records for the decedent Raul Ivan Rosas, Jr. from the date of the incident to the date of death.

7) On Wednesday, May 29, 2013, Defendant County shall take the depositions of Eva Rosas and Raul Rosas, Sr. at the law offices of Weakley & Arendt, LLP, 1630 E. Shaw Avenue, Suite 176, Fresno, CA 93710.

8) On Thursday, May 30, 2013, Plaintiffs shall produce Claudia Nava and Nora Nava for a supplemental deposition at the law offices of Weakley & Arendt, LLP, 1630 E. Shaw Avenue, Suite 176, Fresno, CA 93710.

9) Defendant County may schedule a supplemental deposition for Claudia Nava solely for the purpose of addressing the substance of the Confidential Birth Certificates for H.R. and I.R., if such records are not received by Defendant County from the California Department of Public Health Vital Records in time for Claudia Nava's May 28, 2013 or May 30, 2013 depositions.

Dated: April 30, 2013                WEAKLEY & ARENDT, LLP


                                     By:   /s/ Brande L. Gustafson
                                           James D. Weakley
                                           Brande L. Gustafson

Dated: April 30, 2013                THE CLAYPOOL LAW FIRM


                                           /s/ Brian E. Claypool
                                           Brian E. Claypool
                                           Attorneys for Plaintiffs

Stipulation and Order Re: Meet & Confer            3

**ORDER**

The Court adopts the parties' stipulation outlined above.  The parties shall continue to work together to complete the discovery in this case.

IT IS SO ORDERED.

    **Dated:   May 14, 2013**　　　　　　　　　　　　　／s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE