James D. Weakley, Esq.        Bar No. 082853
Brande L. Gustafson, Esq.     Bar No. 267130
Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Email: Jim@walaw-fresno.com
Email: Brande@walaw-fresno.com

Attorneys for Defendants, COUNTY OF FRESNO, CHRISTIAN LIGHTNER, and MANUEL FLORES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.R., a minor, individually and as successor in interest to Raul Rosas and by and through her guardian ad litem, Claudia Nava; and H.R., a minor, individually and as successor in interest to Raul Rosas and by and through her Guardian Ad Litem, Nora Nava,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a municipality; OFFICER MIGUEL ALVAREZ (#1351), an individual; OFFICER SAMMY ASHWORTH (#1011), an individual; OFFICER TROY MILLER (#1197), an individual; COUNTY OF FRESNO, a municipality; DEPUTY CHRISTIAN LIGHTNER (#6453), an individual; DEPUTY MANUEL FLORES (#4060), an individual; and DOES 6-10, inclusive,<br><br>Defendants. | **CASE NO. 1:12-CV-00558-AWI-GSA**<br><br>Related to Case No.: 1:13-CV-00850-AWI-GSA<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>**(DOC. NO. 24)** |

THE PARTIES, through their respective counsel, have stipulated to modify the Scheduling Order (Doc. No. 24) as follows:

| | **Current Date** | **New Date** |
|---|---|---|
| Designation of Expert Witnesses | October 4, 2013 | October 18, 2013 |

///

///

Stipulation and [Proposed] Order                 1

| | |
|---|---|
| Dated: October 1, 2013 | WEAKLEY & ARENDT, LLP |
| | /s/ James D. Weakley<br>James D. Weakley<br>Brande L. Gustafson<br>Attorneys for Defendants County<br>of Fresno, C. Lightner & M. Flores |
| Dated: October 1, 2013 | LAW OFFICES OF DALE K. GALIPO<br>THE CLAYPOOL LAW FIRM |
| | /s/ Melanie T. Partow<br>Dale K. Galipo<br>Brian E. Claypool<br>Melanie T. Partow<br>Attorneys for Plaintiffs |
| Dated: October 1, 2013 | FERGUSON, PRAET & SHERMAN, LLP |
| | /s/ Bruce D. Praet<br>Bruce D. Praet<br>Attorneys for City of Fresno Defendants |

**ORDER**

The above stipulation is adopted. Expert witnesses shall be designated no later than October 18, 2013. All other dates and orders contained in this Court's scheduling order issued on September 13, 2012 (Doc. 24), remain in full force and effect.

IT IS SO ORDERED.

Dated:   **October 2, 2013**           **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order                    2