1  James D. Weakley, Esq.        Bar No. 082853
   Brande L. Gustafson, Esq.     Bar No. 267130
2  Weakley & Arendt, LLP
   1630 East Shaw Ave., Suite 176
3  Fresno, California 93710
   Telephone: (559) 221-5256
4  Facsimile: (559) 221-5262
   Email: Jim@walaw-fresno.com
5  Email: Brande@walaw-fresno.com

6  Attorneys for Defendants, COUNTY OF FRESNO, CHRISTIAN LIGHTNER, and MANUEL FLORES
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 | I.R., a minor, individually and as successor in ) | CASE NO. 1:12-CV-00558-AWI-GSA
   | interest to Raul Rosas and by and through her   )
11 | guardian ad litem, Claudia Nava; and H.R., a    ) | Related to Case No.: 1:13-CV-00850-AWI-GSA
   | minor, individually and as successor in interest )
12 | to Raul Rosas and by and through her Guardian   ) | STIPULATION AND ORDER
   | Ad Litem, Nora Nava,                            ) | TO MODIFY SCHEDULING ORDER
13 |                                                 )
   |                Plaintiffs,                      )
14 |                                                 ) | (DOC. NO. 24)
   |         vs.                                     )
15 |                                                 )
   | CITY OF FRESNO, a municipality; OFFICER         )
16 | MIGUEL ALVAREZ (#1351), an individual;          )
   | OFFICER SAMMY ASHWORTH (#1011), an              )
17 | individual; OFFICER TROY MILLER                 )
   | (#1197), an individual; COUNTY OF               )
18 | FRESNO, a municipality; DEPUTY                  )
   | CHRISTIAN LIGHTNER (#6453), an                  )
19 | individual; DEPUTY MANUEL FLORES                )
   | (#4060), an individual; and DOES 6-10,          )
20 | inclusive,                                      )
   |                                                 )
21 |                Defendants.                      )

22

23      THE PARTIES, through their respective counsel, have stipulated to modify the
24 Scheduling Order (Doc. No. 24) as follows:

25                                    **Current Date**        **New Date**

26    Designation of Expert Witnesses    October 4, 2013      October 18, 2013

27 / / /

28 / / /

Stipulation and [Proposed] Order                1

Dated: October 1, 2013					WEAKLEY & ARENDT, LLP

/s/ James D. Weakley
James D. Weakley
Brande L. Gustafson
Attorneys for Defendants County
of Fresno, C. Lightner & M. Flores

Dated: October 1, 2013					LAW OFFICES OF DALE K. GALIPO
							THE CLAYPOOL LAW FIRM

/s/ Melanie T. Partow
Dale K. Galipo
Brian E. Claypool
Melanie T. Partow
Attorneys for Plaintiffs

Dated: October 1, 2013					FERGUSON, PRAET & SHERMAN, LLP

/s/ Bruce D. Praet
Bruce D. Praet
Attorneys for City of Fresno Defendants

**ORDER**

The above stipulation is adopted. Expert witnesses shall be designated no later than October 18, 2013. All other dates and orders contained in this Court's scheduling order issued on September 13, 2012 (Doc. 24), remain in full force and effect.

IT IS SO ORDERED.

Dated:   **October 2, 2013**			         **/s/ Gary S. Austin**
						UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order					2