James D. Weakley, Esq.      Bar No. 082853
Brande L. Gustafson, Esq.   Bar No. 267130

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendants, COUNTY OF FRESNO, CHRISTIAN LIGHTNER, and MANUEL FLORES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R., a minor, individually and as successor in interest to Raul Rosas and by and through her guardian ad litem, Claudia Nava, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a municipality, et al.<br><br>Defendants.<br>_____<br>RAUL ROSAS, an individual; and EVA ROSAS, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a municipality, et al.<br><br>Defendants. | CASE NO. 1:12-CV-00558-AWI-GSA<br>(Consolidated with Case No. 1:13-CV-00850-AWI-GSA)<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER AND ORDER CONSOLIDATING CASES AND MODIFYING SCHEDULING ORDER IN ACCORDANCE WITH ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF RECORDS AND MOTION TO EXTEND DISCOVERY DEADLINES (DOC. NOS. 24, 71 & 87)**<br><br>Complaint Filed: 04/06/12<br>Trial Date: 12/02/14 |

THE PARTIES, plaintiffs I.R., H.R, Raul Rosas, Sr., and Eva Rosas and defendants City of Fresno, Miguel Alvarez, Sammy Ashworth, Troy Miller, County of Fresno, Christian Lightner, and Manuel Flores, through their respective counsel, have stipulated in accordance with Magistrate Judge Austin's Order Granting Defendants' Motion to Compel Production of Records and Order Granting Defendants' Motion to Extend Discovery Deadlines (Doc. No. 87),

to modify the Scheduling Order (Doc. No. 24) and Order Consolidating Cases and Modifying Scheduling Order (Doc. No. 71) only as they pertain to follow up discovery on the records ordered to be produced from Fresno County Department of Behavioral Health and Kaweah Delta Mental Health.  The parties stipulate that the following discovery deadlines be extended as follows just as to the foregoing follow up discovery:

|  | **Current Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery Cut-Off | February 28, 2014 | June 3, 2014 |
| Expert Disclosure | March 28, 2014 | June 3, 2014 (Served By Email) |
| Supplemental Expert Disclosure | April 25, 2014 | June 24, 2014 |
| Expert Discovery Cut-Off | May 16, 2014 | July 8, 2014 |
| Non-Dispositive Motion Cut-Off | May 23, 2014 | July 8, 2014 |

Dated: April 16, 2014                                           WEAKLEY & ARENDT, LLP

                                                      /s/ Brande L. Gustafson
James D. Weakley
Brande L. Gustafson
Attorneys for Defendants County
of Fresno, C. Lightner & M. Flores

Dated: April 16, 2014                                           LAW OFFICES OF DALE K. GALIPO
                                                                THE CLAYPOOL LAW FIRM

                                                      /s/ Melanie T. Partow
Dale K. Galipo
Brian E. Claypool
Melanie T. Partow
Attorneys for Plaintiffs, I.R., H.R.,
Eva Rosas, and Raul Rosas, Sr.

Dated: April 16, 2014                                           FERGUSON, PRAET & SHERMAN, LLP

                                                      /s/ Bruce D. Praet
Bruce D. Praet
Attorneys for Defendants City of Fresno,
M. Alvarez, S. Ashworth, & T. Miller

Stipulation & Order to
Modify Scheduling Order

**ORDER**

The above stipulation is adopted. This Court's Scheduling Order issued on September 13, 2012 (Doc. No. 24) and its Order Consolidating Cases and Modifying Scheduling Order (Doc. No. 71) are modified in accordance with the above stipulation and this Court's Order Granting Defendants' Motion to Compel Production of Records and Order Granting Defendants' Motion to Extend Discovery Deadlines (Doc. No. 87).  All other dates and orders contained in the Scheduling Order issued on September 13, 2012 (Doc. No. 24) and in the October 18, 2013 Order Consolidating Cases and Modifying Scheduling Order (Doc. No. 71) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **April 21, 2014**                              **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

Stipulation & Order to
Modify Scheduling Order