James D. Weakley, Esq.        Bar No. 082853
Brande L. Gustafson, Esq.     Bar No. 267130

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendants, COUNTY OF FRESNO, CHRISTIAN LIGHTNER, and MANUEL FLORES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.R., a minor, individually and as successor in interest to Raul Rosas and by and through her guardian ad litem, Claudia Nava, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a municipality, et al.<br><br>Defendants.<br>___<br>RAUL ROSAS, an individual; and EVA ROSAS, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a municipality, et al.<br><br>Defendants. | CASE NO. 1:12-CV-00558-AWI-GSA<br>(Consolidated with Case No. 1:13-CV-00850-AWI-GSA)<br><br>**ADDENDUM TO STIPULATED PROTECTIVE ORDER (DOC. NO. 37)**<br><br><br>Complaint Filed: 04/06/12<br>Trial Date: 12/02/14 |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that this be an Addendum to the Stipulated Protective Order signed by the Court on February 21, 2013 (Doc. No. 37) and shall be subject to the same stipulations made therein.

/ / /

/ / /

Addendum to Stipulated Protective Order (Doc. No. 37)   1

The following documents will be disclosed under this addendum and in accordance with the Court's April 11, 2014 Order Granting Defendants' Motion to Compel (Doc. No. 87):

**1.  Mental Health Records regarding decedent Raul Ivan Rosas, Jr.**

IT IS SO STIPULATED.

Dated: April 29, 2014                                    WEAKLEY & ARENDT, LLP

                                                         /s/ Brande L. Gustafson
                                                         James D. Weakley
                                                         Brande L. Gustafson
                                                         Attorneys for Defendants County
                                                         of Fresno, C. Lightner & M. Flores

Dated: April 29, 2014                                    LAW OFFICES OF DALE K. GALIPO
                                                         THE CLAYPOOL LAW FIRM

                                                         /s/ Melanie T. Partow
                                                         Dale K. Galipo
                                                         Brian E. Claypool
                                                         Melanie T. Partow
                                                         Attorneys for Plaintiffs, I.R., H.R.,
                                                         Eva Rosas, and Raul Rosas, Sr.

Dated: April 14, 2014                                    FERGUSON, PRAET & SHERMAN, LLP

                                                         /s/ Bruce D. Praet
                                                         Bruce D. Praet
                                                         Attorneys for Defendants City of Fresno,
                                                         M. Alvarez, S. Ashworth, & T. Miller

**ORDER**

IT IS SO ORDERED.

   Dated:   **April 30, 2014**                           **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE