James D. Weakley, Esq.     Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendants, COUNTY OF FRESNO, CHRISTIAN LIGHTNER, and MANUEL FLORES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.R., a minor, individually and as successor in interest to Raul Rosas and by and through her guardian ad litem, Claudia Nava, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, a municipality, et al. <br><br> Defendants. <br><br> RAUL ROSAS, an individual; and EVA ROSAS, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, a municipality, et al. <br><br> Defendants. | CASE NO. 1:12-CV-00558-AWI-GSA (Consolidated with Case No. 1:13-CV-00850-AWI-GSA) <br><br> **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER AND ORDER CONSOLIDATING CASES AND MODIFYING SCHEDULING ORDER IN ACCORDANCE WITH ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO EXTEND TIME TO DESIGNATE A REBUTTAL EXPERT (DOC. NOS. 24, 71 & 97)** <br><br> Complaint Filed: 04/06/12 <br> Trial Date: 12/02/14 |

THE PARTIES, plaintiffs I.R., H.R, Raul Rosas, Sr., and Eva Rosas and defendants City of Fresno, Miguel Alvarez, Sammy Ashworth, Troy Miller, County of Fresno, Christian Lightner, and Manuel Flores, through their respective counsel, have stipulated in accordance with Magistrate Judge Austin's Order Granting Plaintiffs' Ex Parte Motion to Extend Time to Designate a Rebuttal Expert (Doc. No. 97), to modify the Scheduling Order (Doc. No. 24) and

Order Consolidating Cases and Modifying Scheduling Order (Doc. No. 71) only as it pertains to taking the deposition of the individual Plaintiffs designate as a rebuttal expert on the defense of excited delirium.

The current deadline for expert discovery is May 16, 2014. The parties stipulate that the discovery deadline be extended to June 6, 2014 just as to deposing the foregoing individual.

Dated: April 28, 2014                                    WEAKLEY & ARENDT, LLP


 /s/ Brande L. Gustafson
James D. Weakley
Brande L. Gustafson
Attorneys for Defendants County
of Fresno, C. Lightner & M. Flores

Dated: April 29, 2014                                    LAW OFFICES OF DALE K. GALIPO
                                                         THE CLAYPOOL LAW FIRM


 /s/ Melanie T. Partow
Dale K. Galipo
Brian E. Claypool
Melanie T. Partow
Attorneys for Plaintiffs, I.R., H.R.,
Eva Rosas, and Raul Rosas, Sr.

Dated: April 28, 2014                                    FERGUSON, PRAET & SHERMAN, LLP

 /s/ Bruce D. Praet
Bruce D. Praet
Attorneys for Defendants City of Fresno,
M. Alvarez, S. Ashworth, & T. Miller


**ORDER**

The above stipulation is adopted. This Court's Scheduling Order issued on September 13, 2012 (Doc. No. 24) and its Order Consolidating Cases and Modifying Scheduling Order (Doc. No. 71) are modified in accordance with the above stipulation and this Court's Order Granting Plaintiffs' Ex Parte Motion to Extend Time to Designate a Rebuttal Expert (Doc. No. 97).  All

Stipulation & Order to
Modify Scheduling Order

other dates and orders contained in the Scheduling Order issued on September 13, 2012 (Doc. No. 24) and in the October 18, 2013 Order Consolidating Cases and Modifying Scheduling Order (Doc. No. 71) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **April 30, 2014**                             **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

Stipulation & Order to
Modify Scheduling Order