1  James D. Weakley, Esq.      Bar No. 082853
   Brande L. Gustafson, Esq.   Bar No. 267130
2
          Weakley & Arendt, LLP
3     1630 East Shaw Ave., Suite 176
          Fresno, California 93710
4       Telephone:  (559) 221-5256
        Facsimile:  (559) 221-5262
5

6
   Attorneys for Defendants, COUNTY OF FRESNO, CHRISTIAN LIGHTNER, and MANUEL
7  FLORES

8                       **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| I.R., a minor, individually and as successor in interest to Raul Rosas and by and through her guardian ad litem, Claudia Nava, et al.,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a municipality, et al.<br><br>　　　　　Defendants. | CASE NO. 1:12-CV-00558-AWI-GSA<br>(Consolidated with Case No. 1:13-CV-00850-AWI-GSA)<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER AND ORDER CONSOLIDATING CASES AND MODIFYING SCHEDULING ORDER (DOC. NOS. 24 & 71)** |
| RAUL ROSAS, an individual; and EVA ROSAS, an individual;<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a municipality, et al.<br><br>　　　　　Defendants. | Complaint Filed: 04/06/12<br>Trial Date: 12/02/14 |

　　　THE PARTIES, plaintiffs I.R., H.R, Raul Rosas, Sr., and Eva Rosas and defendants City of Fresno, Miguel Alvarez, Sammy Ashworth, Troy Miller, County of Fresno, Christian Lightner, and Manuel Flores, through their respective counsel, have stipulated to modify the Scheduling Order issued on September 13, 2012 (Doc. No. 24) and the Order Consolidating Cases and Modifying Scheduling Order (Doc. No. 71) issued on October 18, 2013 as they pertain

Stipulation & Order to
Modify Scheduling Order

1  to taking the deposition of Plaintiffs' police practices expert Roger A. Clark.

2      The current deadline for expert discovery is May 16, 2014. The parties stipulate that the
3  discovery deadline be extended to June 3, 2014 just for taking the deposition of Plaintiffs' police
4  practices expert Roger A. Clark on June 3, 2014. The parties further stipulate that the
5  continuance of Roger A. Clark's deposition will in no way prejudice Defendants' ability to file a
6  motion concerning Plaintiffs' expert Roger A. Clark.

8  Dated: May 28, 2014                                      WEAKLEY & ARENDT, LLP

10                                         /s/ Brande L. Gustafson
                                        James D. Weakley
11                                         Brande L. Gustafson
                                        Attorneys for Defendants County
12                                         of Fresno, C. Lightner & M. Flores

13  Dated: May 28, 2014                                      LAW OFFICES OF DALE K. GALIPO
14                                                          THE CLAYPOOL LAW FIRM

16                                          /s/ Melanie T. Partow
                                        Dale K. Galipo
17                                         Brian E. Claypool
                                        Melanie T. Partow
18                                         Attorneys for Plaintiffs, I.R., H.R.,
                                        Eva Rosas, and Raul Rosas, Sr.

20  Dated: May 28, 2014                                      FERGUSON, PRAET & SHERMAN, LLP

21                                          /s/ Bruce D. Praet
                                        Bruce D. Praet
22                                         Attorneys for Defendants City of Fresno,
                                        M. Alvarez, S. Ashworth, & T. Miller

Stipulation & Order to
Modify Scheduling Order

**ORDER**

The above stipulation is adopted. This Court's Scheduling Order issued on September 13, 2012 (Doc. No. 24) and its Order Consolidating Cases and Modifying Scheduling Order (Doc. No. 71) are modified *nunc pro tunc* in accordance with the above stipulation.  All other dates and orders contained in the Scheduling Order issued on September 13, 2012 (Doc. No. 24) and in the October 18, 2013 Order Consolidating Cases and Modifying Scheduling Order (Doc. No. 71) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **May 30, 2014**                     **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE