1  James D. Weakley, Esq.        Bar No. 082853
2  Brande L. Gustafson, Esq.     Bar No. 267130

3  Weakley & Arendt, LLP
   1630 East Shaw Ave., Suite 176
   Fresno, California 93710
4  Telephone: (559) 221-5256
   Facsimile: (559) 221-5262
5

6  Attorneys for Defendants, COUNTY OF FRESNO, CHRISTIAN LIGHTNER, and MANUEL FLORES
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R., a minor, individually and as successor in interest to Raul Rosas and by and through her guardian ad litem, Claudia Nava, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a municipality, et al.<br><br>    Defendants.<br>———————————————————<br>RAUL ROSAS, an individual; and EVA ROSAS, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a municipality, et al.<br><br>    Defendants. | CASE NO. 1:12-CV-00558-AWI-GSA<br>(Consolidated with Case No. 1:13-CV-00850-AWI-GSA)<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER, ORDER CONSOLIDATING CASES AND MODIFYING SCHEDULING ORDER, STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER AND ORDER CONSOLIDATING CASES AND MODIFYING SCHEDULING ORDER IN ACCORDANCE WITH ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF RECORDS AND MOTION TO EXTEND DISCOVERY DEADLINES (DOC. NOS. 24, 71 & 92)**<br><br>Complaint Filed: 04/06/12<br>Trial Date: 12/02/14 |

THE PARTIES, plaintiffs I.R., H.R, Raul Rosas, Sr., and Eva Rosas and defendants City of Fresno, Miguel Alvarez, Sammy Ashworth, Troy Miller, County of Fresno, Christian Lightner, and Manuel Flores, through their respective counsel, have stipulated to modify the Scheduling Order (Doc. No. 24), Order Consolidating Cases and Modifying Scheduling Order (Doc. No. 71), and Stipulation and Order Modifying Scheduling Order and Order Consolidating Cases and Modifying Scheduling Order in Accordance with Order Granting Defendants' Motion

Stipulation & Order to
Modify Scheduling Order

1  to Compel Production of Records and Motion to Extend Discovery Deadlines (Doc. No. 92) only
2  as they pertain to follow up discovery on the records ordered to be produced from Fresno County
3  Department of Behavioral Health and Kaweah Delta Mental Health, with Eva Rosas and Raul
4  Rosas, Sr.'s depositions scheduled for June 5, 2014. The parties stipulate that the following
5  discovery deadlines be extended as follows just as to the foregoing follow up discovery:

|  | **Current Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery Cut-Off | June 3, 2014 | June 5, 2014 |
| Expert Disclosure | June 3, 2014 | June 5, 2014 (Served By Email) |
| Supplemental Expert Disclosure | June 24, 2014 | June 26, 2014 |
| Expert Discovery Cut-Off | July 8, 2014 | July 10, 2014 |
| Non-Dispositive Motion Cut-Off | July 8, 2014 | July 10, 2014 |

Dated: May 28, 2014                                        WEAKLEY & ARENDT, LLP

                                                            /s/ Brande L. Gustafson
                                                           James D. Weakley
                                                           Brande L. Gustafson
                                                           Attorneys for Defendants County
                                                           of Fresno, C. Lightner & M. Flores

Dated: May 28, 2014                                        LAW OFFICES OF DALE K. GALIPO
                                                           THE CLAYPOOL LAW FIRM

                                                            /s/ Melanie T. Partow
                                                           Dale K. Galipo
                                                           Brian E. Claypool
                                                           Melanie T. Partow
                                                           Attorneys for Plaintiffs, I.R., H.R.,
                                                           Eva Rosas, and Raul Rosas, Sr.

Dated: May 28, 2014                                        FERGUSON, PRAET & SHERMAN, LLP

                                                            /s/ Bruce D. Praet
                                                           Bruce D. Praet
                                                           Attorneys for Defendants City of Fresno,
                                                           M. Alvarez, S. Ashworth, & T. Miller

///

Stipulation & Order to
Modify Scheduling Order

**ORDER**

The above stipulation is adopted. This Court's Scheduling Order issued on September 13, 2012 (Doc. No. 24), its Order Consolidating Cases and Modifying Scheduling Order (Doc. No. 71), and its Order Modifying Scheduling Order and Order Consolidating Cases and Modifying Scheduling Order in Accordance with Order Granting Defendants' Motion to Compel Production of Records and Motion to Extend Discovery Deadlines (Doc. No. 92) are modified in accordance with the above stipulation. All other dates and orders contained in the Scheduling Order issued on September 13, 2012 (Doc. No. 24) and the October 18, 2013 Order Consolidating Cases and Modifying Scheduling Order (Doc. No. 71) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **June 3, 2014**                                **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE