1  James D. Weakley, Esq.       Bar No. 082853
   Brande L. Gustafson, Esq.    Bar No. 267130
2
         Weakley & Arendt, LLP
3     1630 East Shaw Ave., Suite 176
         Fresno, California 93710
4       Telephone: (559) 221-5256
        Facsimile: (559) 221-5262
5         Jim@walaw-fresno.com
         Brande@walaw-fresno.com
6
   Attorneys for Defendants, COUNTY OF FRESNO, CHRISTIAN LIGHTNER, and MANUEL
7  FLORES

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11 | I.R., a minor, individually and as successor in interest to Raul Rosas and by and through her guardian ad litem, Claudia Nava, et al., | ) CASE NO. 1:12-CV-00558-AWI-GSA
   | ) (Consolidated with Case No. 1:13-CV-00850-AWI-GSA)
12 |
   |
13 | Plaintiffs, | ) **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER AND ORDER CONSOLIDATING CASES AND MODIFYING SCHEDULING ORDER (DOC. NOS. 24 & 71)**
14 | vs. |
15 | CITY OF FRESNO, a municipality, et al. |
16 | Defendants. |
17 | |
18 | RAUL ROSAS, an individual; and EVA ROSAS, an individual; | ) Complaint Filed: 04/06/12
19 | Plaintiffs, |
20 | vs. | ) **(Doc. 120)**
21 | CITY OF FRESNO, a municipality, et al. |
22 | Defendants. |
23

24        THE PARTIES, plaintiffs I.R., H.R, Raul Rosas, Sr., and Eva Rosas and defendants City

25 of Fresno, Miguel Alvarez, Sammy Ashworth, Troy Miller, County of Fresno, Christian

26 Lightner, and Manuel Flores, through their respective counsel, have stipulated to modify the

27 Scheduling Order issued on September 13, 2012 (Doc. No. 24) and the Order Consolidating

28 Cases and Modifying Scheduling Order (Doc. No. 71) issued on October 18, 2013 as follows:

Stipulation & Order to
Modify Scheduling Order

|  | **Current Date** | **New Date** |
|---|---|---|
| Pretrial Conference | September 18, 2014 | March 12, 2015 |
| Trial | December 2, 2014 | May 12, 2015 |

Dispositive motions were filed by Defendants on July 18, 2014. The parties further stipulate that any opposition to a dispositive motion will be filed no later than August 11, 2014. Any reply to a dispositive motion will be filed no later than August 25, 2014. The hearing date for any dispositive motions will be set for September 8, 2014 at 1:30 p.m., or as soon thereafter as the matter can be heard.

Dated: July 21, 2014                    WEAKLEY & ARENDT, LLP

                                         /s/ Brande L. Gustafson
                                        James D. Weakley
                                        Brande L. Gustafson
                                        Attorneys for Defendants County
                                        of Fresno, C. Lightner & M. Flores

Dated: July 21, 2014                    LAW OFFICES OF DALE K. GALIPO
                                        THE CLAYPOOL LAW FIRM

                                         /s/ Melanie T. Partow
                                        Dale K. Galipo
                                        Brian E. Claypool
                                        Melanie T. Partow
                                        Attorneys for Plaintiffs, I.R., H.R.,
                                        Eva Rosas, and Raul Rosas, Sr.

Dated: July 21, 2014                    FERGUSON, PRAET & SHERMAN, LLP

                                         /s/ Bruce D. Praet
                                        Bruce D. Praet
                                        Attorneys for Defendants City of Fresno,
                                        M. Alvarez, S. Ashworth, & T. Miller

Stipulation & Order to
Modify Scheduling Order

# ORDER

Based on the parties' stipulation set forth above, the Scheduling Order issued on September 13, 2012 (Doc. No. 24) and the October 18, 2013 Order Consolidating Cases and Modifying Scheduling Order (Doc. No. 71) are modified in part. Accordingly, any oppositions to the pending dispositive motions (Docs. 115, 116) shall be filed no later than August 11, 2014 and optional replies shall be filed no later than August 25, 2014. The pending dispositive motions (Docs. 115, 116) shall be heard before U.S. District Judge Anthony W. Ishii on September 8, 2014 at 1:30 p.m. in Courtroom 2. The pretrial conference is continued to March 12, 2015 at 10:00 a.m. before Judge Ishii in Courtroom 2 and the trial is continued to May 12, 2015 at 8:30 a.m. before Judge Ishii in Courtroom 2. All other deadlines and orders set forth in the Scheduling Order issued on September 13, 2012 (Doc. No. 24) and in the October 18, 2013 Order Consolidating Cases and Modifying Scheduling Order (Doc. No. 71) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **July 25, 2014**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

Stipulation & Order to
Modify Scheduling Order