**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074 (*counsel for service*)
dalekgalipo@yahoo.com
Melanie T. Partow, SBN 254843
mpartow@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R. a minor, individually and as successor in interest to Raul Rosas and by and through her guardian ad litem, Claudia Nava, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY OF FRESNO, a municipality, et al.,<br><br>            Defendants. | **Case No.: 1:12-CV-00558-AWI-GSA**<br>Consol. w/ 1:13−CV−00850 AWI (GSAx)<br><br>[*Honorable Anthony W. Ishii*]<br>[*Magistrate Gary S. Austin*]<br><br>**ORDER GRANTING REQUEST FOR STAY**<br><br>[Notice of Settlement of all Claims against City Defendants, Notice of Conditional Settlement of Claims against County Defendants, and Request for Stay *filed concurrently herewith*] |
| RAUL ROSAS, an individual; and EVA ROSAS, an individual,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY OF FRESNO, a municipality, et al.,<br><br>            Defendants. | |

**ORDER**

Having reviewed the parties' Notice of Settlement of Claims against City Defendants, Notice of Conditional Settlement of Claims against County Defendants, and Request to Stay all Proceedings, and GOOD CAUSE appearing therefore, the parties' request to stay these proceedings is hereby GRANTED.

This Court shall maintain jurisdiction over this matter. The parties shall file a Stipulated Dismissal or request to lift this stay within _30__ days of this order.

IT IS SO ORDERED.

Dated: __August 8, 2014__                         _____
                                                   SENIOR DISTRICT JUDGE