**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074 (*counsel for service*)
dalekgalipo@yahoo.com
Melanie T. Partow, SBN 254843
mpartow@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R. a minor, individually and as successor in interest to Raul Rosas and by and through her guardian ad litem, Claudia Nava, et al.,<br><br>       Plaintiffs,<br><br>     v.<br><br>CITY OF FRESNO, a municipality, et al.,<br><br>       Defendants.<br><br>RAUL ROSAS, an individual; and EVA ROSAS, an individual,<br><br>       Plaintiffs,<br><br>     v.<br><br>CITY OF FRESNO, a municipality, et al.,<br><br>       Defendants. | **Case No.: 1:12-CV-00558-AWI-GSA** (Consolidated with Case No. 1:13-CV-00850 AWI-GSA)<br><br>[*Honorable Anthony W. Ishii*]<br><br>**ORDER GRANTING PLAINTIFFS' [UNOPPOSED] REQUEST FOR 30 DAY CONTINUANCE OF THE DEADLINE TO FILE A STIPULATED DISMISSAL**<br><br>[Unopposed Request for 30-Day Continuance of the Deadline to File a Stipulated Dismissal *filed concurrently herewith*] |

PLAINTIFFS' UNOPPOSED REQUEST FOR 30-DAY CONTINUANCE OF THE DEADLINE TO FILE A STIPULATED DISMISSAL

1

**ORDER**

2        Having reviewed Plaintiffs' Unopposed Request to Continue the Deadline to

3  file a Stipulated Dismissal to October 10, 2014, and GOOD CAUSE appearing

4  therefore, Plaintiffs' Request is hereby GRANTED.

5        The parties are to file a stipulated dismissal or request for removal of the stay

6  by October 10, 2014.

7

IT IS SO ORDERED.

8

9  Dated:    September 8, 2014

SENIOR  DISTRICT  JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' UNOPPOSED REQUEST FOR 30-DAY CONTINUANCE OF THE DEADLINE TO FILE A STIPULATED DISMISSAL