**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074 (*counsel for service*)
dalekgalipo@yahoo.com
Melanie T. Partow, SBN 254843
mpartow@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:  (818) 347-4118

*Attorneys for Plaintiffs*

James D. Weakley, Esq. Bar No. 082853
Brande L. Gustafson, Esq. Bar No. 267130
WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Email: jim@walaw-fresno.com
Email: brande@walaw-fresno.com

*Attorneys for COUNTY OF FRESNO Defendants*

Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com

*Attorneys for City of Fresno Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.R. a minor, individually and as successor in interest to Raul Rosas and by and through her guardian ad litem, Claudia Nava, et al., <br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipality, et al.,<br><br>Defendants. | **Case No.: 1:12-CV-00558-AWI-GSA**<br>(Consolidated with Case No. 1:13-CV-00850 AWI-GSA)<br><br>[*Honorable Anthony W. Ishii*]<br><br>**SECOND REQUEST TO CONTINUE DEADLINE TO FILE STIPULATED DISMISSAL FOR 60 DAYS; ORDER** |
| RAUL ROSAS, an individual; and EVA ROSAS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipality, et al.,<br><br>Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THIS HONORABLE COURT, PLEASE TAKE NOTICE THAT** Plaintiffs hereby request a continuance of the October 10, 2014 deadline to file a stipulated dismissal or request for relief from stay (Dkt. 123).  This request is based on the following statement of GOOD CAUSE:

The parties filed a notice of conditional settlement and request for stay on August 8, 2014 (Dkt. # 122).

This Court's August 8, 2014 Order granting the parties' request for stay was entered on August 11, 2014 (Dkt. # 123), requesting that the parties file a stipulated dismissal or request to lift the stay within 30 days of that order.

Thereafter, the conditional settlement was approved by the County of Fresno.

Counsel for Plaintiffs has been working with Plaintiffs and an annuity company to finalize a petition for minors' compromise, which Plaintiffs anticipated filing by September 10, 2014.  However, the guardian ad litems for the minor Plaintiffs are in still in the process of deciding on an annuity proposal for each minor.  At present, Plaintiffs require additional time to file and for the court to rule on the petition for minors' compromise, for the parties to thereafter finalize settlement and release agreements between all four Plaintiffs and the two different entity defendants, and for the municipalities to then process the settlement drafts – all of which will need to be completed before filing any stipulated dismissal.

For the foregoing reasons, Plaintiffs respectfully request an order continuing the deadline to file a stipulated dismissal for 60 days weeks, or until December 9, 2014.

Plaintiffs do not anticipate the need to request any further continuances.

Plaintiffs met and conferred with counsel for all Defendants, and Defendants do not oppose this request.

Respectfully submitted,

Dated:  October 10, 2014          LAW OFFICES OF DALE K. GALIPO

/s Melanie T. Partow
_____
Dale K. Galipo
Melanie T. Partow
Attorneys for Plaintiffs

Dated:  October 10, 2014          FERGUSON, PRAET & SHERMAN
A Professional Corporation

/s Bruce D. Praet
_____
Bruce D. Praet,
Attorney for City of Fresno Defendants

Dated:  October 10, 2014          WEAKLEY & ARENDT, LLP


/s Brande L. Gustafson
_____
James D. Weakley
Brande L. Gustafson
Attorneys for County of Fresno Defendants

## ORDER

Having reviewed the parties' Second Request to Continue Deadline to File Stipulated Dismissal and GOOD CAUSE appearing therefore, the parties' request is hereby GRANTED.  The October 10, 2014 deadline to file Stipulated Dismissal or Request to Lift the Stay is hereby continued for 60 days, or until December 9, 2014.

IT IS SO ORDERED.

Dated:   October 14, 2014         _____
                                  SENIOR  DISTRICT  JUDGE