UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **I.R., through the guardian ad litem Claudia Nava, et al.,**<br><br>Plaintiff<br><br>v.<br><br>**CITY OF FRESNO, et al.,**<br><br>Defendants | CASE NO. 1:12-CV-558 AWI BAM<br>(consolidated with 1:13-cv-850 AWI GSA)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE DUE TO FAILURE TO PROSECUTE**<br><br>(Doc. No. 142) |

On October 7, 2015, the Court dismissed the City of Fresno defendants with prejudice under Federal Rule of Civil Procedure 41(a)(2). See Doc. No. 142. The Court also order the County of Fresno Defendants and the Plaintiffs to show cause why this case should not be dismissed with prejudice for failure to prosecute. See id. The order to show cause was based on Plaintiffs and County Defendants' failure to file dispositional papers with the Court following an August 2014 notice of settlement and a January 2015 approval of a minor's compromise. See id. The Court gave Plaintiffs and County Defendants seven days to respond. See id. Seven days have now passed, yet the remaining parties chose not file a response of any kind.

Considering the relevant factors, see Pagtalunan v. Galaza, 291 F.3d 639, 642-43 (9th Cir. 2002), the passage of time since approval of a settlement, and the absence of any response, the Court finds it appropriate to dismiss this case with prejudice for failure to prosecute.

Accordingly, IT IS HEREBY ORDERED that:

1. This case is DISMISSED with prejudice; and
2. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   October 19, 2015                              _____
                                                                              SENIOR DISTRICT JUDGE